IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REINKE'S FARM & CITY SERVICE, INC.,** a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**IDEANOMICS, INC.,** a Nevada Corporation; and **SOLECTRAC, INC.,** a California corporation;<br><br>Defendants. | 4:24CV3174<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court after review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on September 27, 2024. (Filing No. 1). On October 14, 2024, Plaintiff filed summons returns purporting to show Defendant, Ideanomics, Inc., was served by certified mail through "Etta Noble" dated October 4, 2024, (Filing No. 8), and Defendant, Soletrac, Inc., was served by certified mail through NDS Delivery Service on October 7, 2024, (Filing No. 9). To date, neither defendant has filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution. Accordingly,

**IT IS ORDERED:** On or before **December 12, 2024**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute, or take some other appropriate action.

Dated this 21st day of November, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge