IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

REINKE'S FARM & CITY SERVICE, INC., a Nebraska Corporation;

Plaintiff,

vs.

IDEANOMICS, INC., and SOLECTRAC, INC.,

Defendant.

4:24CV3174

ORDER

Plaintiff has advised that both Defendants, who are proceeding *pro se* in this case, have filed for bankruptcy. (Filing No. 15.) This Court's rules provide:

> Upon the filing of a suggestion in bankruptcy, or other notification that a defendant in a civil case is a debtor in a bankruptcy case, the court issues an order staying further proceedings in the case as to the party in bankruptcy. The case may proceed as to any parties not in bankruptcy. If a party files a motion requesting referral of the case to the bankruptcy court, the case is referred to the bankruptcy court for further action.

NEGenR 1.5(a)(1).

Accordingly, as both Defendants are presently debtors in bankruptcy cases,

**IT IS ORDERED:**

1. This case, including all deadlines and settings, is stayed pursuant to 11 U.S.C. § 362.

2. Beginning March 13, 2025, and every 90 days thereafter until the bankruptcy proceedings are complete, the parties shall file a status report on this Court's docket, which explains the status of the bankruptcy proceedings.

3. The Clerk of Court shall flag this case as stayed and set an initial status report deadline for March 13, 2025.

Dated this 13th day of December, 2024.

BY THE COURT:

Susan M. Bazis

Susan M. Bazis
United States District Judge