IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE'S FARM & CITY SERVICE, INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>IDEANOMICS, INC., a Nevada Corporation; and SOLECTRAC, INC., a California corporation;<br><br>Defendants. | **4:24CV3174**<br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff Reinke's Farm & City Service, Inc.'s Motion to Dismiss Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Filing No. 32).  Having considered the matter, the Court will dismiss the case.

Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice.

Dated this 12th day of March, 2026.

BY THE COURT:

_____

Susan M. Bazis
United States District Judge